# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PAULA YONTOSH                                                  Case No. 16-70829JAD

                    Debtor(s)
RONDA J. WINNECOUR,                                            Chapter 13
Standing Chapter 13 Trustee,

            Movant                                             Document No __
      vs.
BANK OF NEW YORK MELLON -
TRUSTEE
            Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

BANK OF NEW YORK MELLON - TRUSTEE       Court claim# 9/Trustee CID# 2
C/O DITECH FINANCIAL LLC
PO BOX 0049
PALATINE, IL 60055-0049

The Movant further certifies that on 12/19/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                              /s/ Ronda J. Winnecour
                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
cc: debtor(s)                                 SUITE 3250 US STEEL TWR
    original creditor                         PITTSBURGH, PA  15219
    putative creditor                         (412) 471-5566
    counsel for debtor(s)                     cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

| DEBTOR(S):<br>PAULA YONTOSH, 5480 MORRIDALE ALLPORT HIGHWAY, MORRISDALE, PA  16858 | DEBTOR'S COUNSEL:<br>PAUL W MCELRATH JR ESQ, MCELRATH LEGAL HOLDINGS LLC, 1641 SAW MILL RUN BLVD, PITTSBURGH, PA  15210 |
| --- | --- |
| ORIGINAL CREDITOR'S COUNSEL:<br>DEAN R PROBER ESQ, PROBER & RAPHAEL, 20750 VENTURA BLVD STE 100, WOODLAND HILLS, CA  91364 | :<br>CARRINGTON MORTGAGE SERVICES LLC, BANKRUPTCY DEPARTMENT, 1600 SOUTH DOUGLASS RD, ANAHEIM, CA  92806 |
| ORIGINAL CREDITOR:<br>BANK OF NEW YORK MELLON - TRUSTEE, C/O DITECH FINANCIAL LLC, PO BOX 0049, PALATINE, IL  60055-0049 | |
| NEW CREDITOR:<br>CARRINGTON MORTGAGE SERVICES ATTN:CASHERING<br>PO BOX 79001<br>PHOENIX, AZ 85062 | |