**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Paula Yontosh**
  Debtor(s)

Bankruptcy Case No.: 16–70829–JAD
Doc. #39
Chapter: 13
Docket No.: 40 – 39
Concil. Conf.: June 7, 2018 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **May 4, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **May 21, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **June 7, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 20, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70829-JAD
Paula Yontosh                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: skoz              Page 1 of 2          Date Rcvd: Mar 20, 2018
                               Form ID: 410            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db            +Paula Yontosh,    5480 Morridale Allport Highway,    Morrisdale, PA 16858-8227
cr            +Americredit Financial Services Inc. dba GM Financi,    P O Box 183853,
               Arlington, TX 76096-3853
cr            +The Bank of New York Mellon, et al,    c/o Prober & Raphael, A Law Corporation,
               20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
14337135     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:  Americredit Financial Services dba GM Financial,    PO Box 183853,
               Arlington TX 76096)
14350464      +AT&T c/o Bankruptcy,    1801 Valley View Lane,    Farmers Branch, TX 75234-8906
14335805      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
14350466      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
14751459      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14333855      +Comenity Bank/peebles,    Po Box 182789,    Columbus, OH 43218-2789
14419304      +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
14333858      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14333859      +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3254
14350474      +Penelec,    c/o FirstEnergy,    101 Crawford's Corner Rd.,    Bldg #1, Suite 1-511,
               Holmdel, NJ 07733-1976
14350476      +Tonia M. Torquato, esq,    919 University Drive,    State College, PA 16801-6626
14333861      +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2018 01:44:50      Ditech Financial LLC,
               PO BOX 0049,    Palatine, IL 60055-0001
14350463      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2018 01:46:43
               American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
               Oklahoma City, OK 73124-8838
14379376       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2018 01:46:43
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
14333853      +E-mail/Text: banko@berkscredit.com Mar 21 2018 01:44:50      Berks Credit & Coll,
               900 Corporate Dr,    Reading, PA 19605-3340
14333854      +E-mail/Text: bankruptcy@cavps.com Mar 21 2018 01:45:30      Cavalry Portfolio Serv,
               Po Box 27288,    Tempe, AZ 85285-7288
14415984      +E-mail/Text: bankruptcy@cavps.com Mar 21 2018 01:45:30      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14333856      +E-mail/Text: bankruptcy@credencerm.com Mar 21 2018 01:45:40      Credence Resource Mana,
               17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
14333857      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2018 01:44:50      Ditech Financial Llc,
               Po Box 6172,    Rapid City, SD 57709-6172
14337033       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2018 01:46:24      First Data Global Leasing,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14350473       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2018 01:45:05      PA Department of Revenue,
               Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14344231       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2018 01:45:05
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
14333860      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2018 01:59:59
               Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14361530       E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2018 01:44:55
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14519279       E-mail/Text: bankruptcy.bnc@ditech.com Mar 21 2018 01:44:50
               The Bank of New York Mellon FKA The Bank of New Yo,    c/o Ditech Financial LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154
                                                                                        TOTAL: 14


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             THE BANK OF NEW YORK MELLON FKA THE THE BANK OF NE
cr*           +Carrington Mortgage Services, LLC,,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14350465*     +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
14350467*     +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
14350468*     +Comenity Bank/peebles,    Po Box 182789,    Columbus, OH 43218-2789
14350469*     +Credence Resource Mana,    17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
14350470*     +Ditech Financial Llc,    Po Box 6172,    Rapid City, SD 57709-6172
14350471*     +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14350472*     +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3254
14350475*     +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14350477*     +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
                                                                          TOTALS: 1, * 10, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-7          User: skoz              Page 2 of 2           Date Rcvd: Mar 20, 2018
                              Form ID: 410            Total Noticed: 29
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
```
            James  Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE THE BANK OF NEW
             YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
             2007-12 bkgroup@kmllawgroup.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Paul W. McElrath, Jr.    on behalf of Debtor Paula  Yontosh ecf@mcelrathlaw.com,
             donotemail.ecfbackuponly@gmail.com
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 4
```