# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | PAULA YONTOSH |
| Case Number: | 16-70829-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 07, 2018 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
6/8/18 12:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matters:*

1) #39 - Trustee's Certificate of Default to Dismiss
   R / M #:  39 / 0

2) #42 - Amended Plan Dated 5/6/2018 -FC
   R / M #:  42 / 0

*Appearances:*

Debtor: Freitag 
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to Aug. 9, 2018 at 9:00 _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. ___ Contested Hearing: _____ at _____.
10. ___ Other:

5/31/2018  11:33:05AM