# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** PAULA YONTOSH
**Case Number:** 16-70829-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 09, 2018 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/9/18 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#39 - Continued Trustee's Certificate of Default to Dismised

#42 - Continued Confirmation of Plan Dated 5/6/2018 (FC)
R / M #:  39 / 0

### Appearances:

Debtor: Frantny
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

*[Handwritten note: Case is $12276. in arrears including August 2018. Problem has been missed & partial payments.]*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 8/29/18 at 10:00 AM.
10. _____ Other:

*[Handwritten note: Plan does not appear feasible]*

8/2/2018    3:31:16PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70829-JAD
Paula Yontosh                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel              Page 1 of 1              Date Rcvd: Aug 09, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
db             +Paula Yontosh,    5480 Morridale Allport Highway,    Morrisdale, PA 16858-8227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-12 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Paula  Yontosh ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4