UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | PAULA YONTOSH |
| Case Number: | 16-70829-JAD     Chapter: 13 |
| Date / Time / Room: | FRIDAY, AUGUST 24, 2018 11:00 AM   COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

*Matter:*

    Doc. # 39- Contested Hearing on Trustee's Certificate of Default Requesting Dismissal of Case
    Doc. # 42 - Contested Hearing on Confirmation of Debtor's Amended Chapter 13 Plan Dated 5/6/2018
    R / M #:   0 / 0

*Appearances:*

    TRUSTEE: WINNECOUR / KATZ / PAIL
    DEBTOR(S): Paul McElrath, Jr. Esq.
    CREDITOR:

*Proceedings:*

✓ Motion is **GRANTED** / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least _____ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
8/28/18 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge