UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  
PAULA YONTOSH

        Debtor(s)  
Ronda J. Winnecour, Trustee  
        Movant  
  vs.  
PAULA YONTOSH

        Respondent(s)

Case No. 16-70829JAD  
Chapter 13

Related to Document No._____

## ORDER

AND NOW, this 24th day of _____August_____, 20 18, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☑    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $ 0.⁰⁰ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1) the time deadline provided by state law; or

(2) 30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective_____ .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____
_____
_____
_____
_____
_____

Dated : 8-24-2018

BY THE COURT:

_____
United States Bankruptcy Judge

FILED
8/28/18 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Page 2 of 2

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania

In re:                                                              Case No. 16-70829-JAD
Paula Yontosh                                                       Chapter 13
       Debtor                        CERTIFICATE OF NOTICE
District/off: 0315-7          User: dkam                   Page 1 of 2                  Date Rcvd: Aug 28, 2018
                              Form ID: pdf900              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db             +Paula Yontosh,    5480 Morridale Allport Highway,     Morrisdale, PA 16858-8227
cr             +Americredit Financial Services Inc. dba GM Financi,      P O Box 183853,
                 Arlington, TX 76096-3853
cr             +The Bank of New York Mellon, et al,     c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
14337135      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services dba GM Financial,     PO Box 183853,
                 Arlington TX 76096)
14350464       +AT&T c/o Bankruptcy,    1801 Valley View Lane,    Farmers Branch, TX 75234-8906
14335805       +AmeriCredit Financial Services, Inc. dba GM Financ,      P O Box 183853,
                 Arlington, TX 76096-3853
14751459       +Carrington Mortgage Services, LLC,     1600 South Douglass Road,    Anaheim, CA 92806-5951
14333858       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14333859       +Holiday Financial Serv,    1800 Daisy Street Ext St,     Clearfield, PA 16830-3265
14350474       +Penelec,   c/o FirstEnergy,    101 Crawford's Corner Rd.,     Bldg #1, Suite 1-511,
                 Holmdel, NJ 07733-1976
14350476       +Tonia M. Torquato, esq,    919 University Drive,    State College, PA 16801-6626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2018 02:09:52     Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60055-0001
14350463       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2018 02:15:29
                 American InfoSource LP as agent for,    First Data Global Leasing,     PO Box 248838,
                 Oklahoma City, OK 73124-8838
14379376        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2018 02:16:10
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14333853       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 29 2018 02:10:50      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
14350466       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2018 02:15:39     Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14333854       +E-mail/Text: bankruptcy@cavps.com Aug 29 2018 02:10:24     Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
14415984       +E-mail/Text: bankruptcy@cavps.com Aug 29 2018 02:10:25     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14333855       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 29 2018 02:09:54      Comenity Bank/peebles,
                 Po Box 182789,    Columbus, OH 43218-2789
14333856       +E-mail/Text: bankruptcy@credencerm.com Aug 29 2018 02:10:35     Credence Resource Mana,
                 17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
14419304       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2018 02:15:29     Directv, LLC,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14333857       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2018 02:09:52     Ditech Financial Llc,
                 Po Box 6172,    Rapid City, SD 57709-6172
14337033        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2018 02:15:49     First Data Global Leasing,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14350473        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2018 02:10:02     PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14344231        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2018 02:10:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14333860       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2018 02:15:40
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,     Norfolk, VA 23502-4952
14361530        E-mail/Text: bnc-quantum@quantum3group.com Aug 29 2018 02:09:59
                 Quantum3 Group LLC as agent for,    Comenity Bank,     PO Box 788,    Kirkland, WA  98083-0788
14519279        E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2018 02:09:52
                 The Bank of New York Mellon FKA The Bank of New Yo,      c/o Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
14333861       ++E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 29 2018 02:09:42
                 Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON FKA THE THE BANK OF NE
cr*            +Carrington Mortgage Services, LLC,,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14350465*      +Berks Credit & Coll,    900 Corporate Dr,    Reading, PA 19605-3340
14350467*      +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
14350468*      +Comenity Bank/peebles,    Po Box 182789,    Columbus, OH 43218-2789
14350469*      +Credence Resource Mana,    17000 Dallas Pkwy Ste 20,     Dallas, TX 75248-1940
14350470*      +Ditech Financial Llc,    Po Box 6172,    Rapid City, SD 57709-6172
14350471*      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14350472*      +Holiday Financial Serv,    1800 Daisy Street Ext St,     Clearfield, PA 16830-3265
14350475*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,     Norfolk, VA 23502-4952
14350477*      +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
                                                                                      TOTALS: 1, * 10, ## 0
```

```
District/off: 0315-7          User: dkam                  Page 2 of 2                  Date Rcvd: Aug 28, 2018
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES
               2007-12 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Paula   Yontosh ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4