**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

PAULA YONTOSH

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:16-70829 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/08/2016 and confirmed on 05/23/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,208.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,208.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,545.13 | |
|     Trustee Fee | 400.46 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,945.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 4,661.72 | 0.00 | 4,661.72 |
|     Acct: 6144 | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 13,872.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 6144 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA G | 7,564.09 | 1,063.46 | 537.23 | 1,600.69 |
|     Acct: 2724 | | | | |
| | | | | 6,262.41 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| PAULA YONTOSH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 3,500.00 | 2,545.13 | 0.00 | 0.00 |
|     Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 771.91 | 0.00 | 0.00 | 0.00 |
|     Acct: 6485 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| 16-70829 JAD   **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
| **Priority** | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1338 | | | | |
| * * * N O N E * * * | | | | |
| **Unsecured** | | | | |
| AMERICAN INFOSOURCE AGNT-FIRST DAT | 2,448.60 | 0.00 | 0.00 | 0.00 |
| Acct: -000 | | | | |
| BERKS CREDIT & COLLECTIONS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5161 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 801.78 | 0.00 | 0.00 | 0.00 |
| Acct: 8427 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 440.18 | 0.00 | 0.00 | 0.00 |
| Acct: 6249 | | | | |
| CREDENCE RESOURCE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4164 | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5100 | | | | |
| PA DEPARTMENT OF REVENUE* | 134.25 | 0.00 | 0.00 | 0.00 |
| Acct: 6485 | | | | |
| FIRST ENERGY/PA ELECTRIC CO/GPU** | 1,723.97 | 0.00 | 0.00 | 0.00 |
| Acct: 4513 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1968 | | | | |
| STOVER MCGLAUGHLIN | 5,290.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7410 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 1,159.29 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 307.96 | 0.00 | 0.00 | 0.00 |
| Acct: 2823 | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TODD AND BECKY BATCHO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AT & T | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| * * * N O N E * * * | | | | |
| **TOTAL PAID TO CREDITORS** | | | | 6,262.41 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 771.91 |
| SECURED | 21,437.00 |
| UNSECURED | 12.306.03 |

Date: 09/28/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com